UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DOUCE

V.

CITY OF NEW YORK, ET AL
------------------------------------------------------------X

**USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/08**

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

08 Civ. 2828 (LAK)(MHD)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

__X__ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

_____ Specific Non-Dispositive Motion/Dispute:*
_____
_____

_____ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

_____ Settlement*

_____ Inquest After Default/Damages Hearing

_____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

_____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

_____ Habeas Corpus

_____ Social Security

__X__ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion: _____
_____
All such motions: _____

* Do not check if already referred for general pretrial. *OLINGER*

SO ORDERED.

DATED:   New York, New York
         3/28/08

                                          _____
                                          United States District Judge