

OLIVIER DOUCE
1208 CLAY AVE APT 1 SUITE
BRONX NY 10456
917-742-7491

June 30, 2008

m2ko2@yahoo.com

BY MAIL
Hon: Michael H. Do linger
United States Magistrate Judge
Southern District of New York
500 Pearl St
New York NY 10007

    Re:  Oliver V. Douce V. City of New York, et. Al
         08Civ 2828 (LAK) (MHD)

Your Honor:

    I am Plaintiff Pro Se Olivier Douce herein at the instant case here now defendant requested documents that are not available such as see attach Exhibit the plaintiff was not charge with any crime on 2/13/2008 see certificate of dismissal for ticket that are 25 so yrs old that plaintiff was just held and transfer to answer that was invalid because no accusatory document was filed at the time 25 yrs ago when they were issued if the court didn't find any or had any what is defendant looking for, nothing in NY CLS CPL Sec.160.50 2008 or see Cabble v Rollieson is in this case, the only thing defendant can do is check the 911 call to see the officers that respond to that call if one exist on 2/13/2008 and fire department on call or check to see in after reported to internals affairs what are there findings, only on 25yrs old warrant see attach dismissal, also the statue of limitation on the tick was expired maybe the court can see something that the plaintiff cant see the police action before the arrest was a 4th Amendment issue which connect to a 911 call which is not sealed, which the police the did not even know the name of plaintiff prior to response or had known of any warrant out standing, but just wanted some thing to use to cover up that violation.

                            By: *[signature]*
                                Oliver Douce

---

**ENDORSED ORDER**

We reiterate our enclosed order of June 27, 2008. Plaintiff must sign and return to defendants the authorization provided to him.

*We also note that plaintiff must send to defendant a copy of any written communication by he sends to the court, and he must do so at the same time as he sends it to the Court.*