```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
OLIVER V. DOUCE,                    :
                                    :
                Plaintiff,          :
                                    :      ORDER
        -against-                   :      08 Civ. 2828 (LAK)(MHD)
                                    :
CITY OF NEW YORK, et al.,           :
                                    :
                Defendants.         :
                                    :
------------------------------------X
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

ORDERED that an initial conference has been scheduled in the above-captioned action on **TUESDAY, SEPTEMBER 9, 2008 at 2:00 P.M.**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

DATED: New York, New York
       August 19, 2008

                                        SO ORDERED.


                                        _____
                                        MICHAEL H. DOLINGER
                                        UNITED STATES MAGISTRATE JUDGE


Copies of the foregoing Order have been sent this date to:


Mr. Oliver V. Deuce
1208 Clay Avenue
Suite #1
Bronx, NY 10456


Morgan D. Kunz, Esq.
New York City Law Department, Office of Corporation Counsel
100 Church Street
New York, NY 10007